NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAULA S. BHATT,<br><br>                Plaintiff,<br><br>   v.<br><br>EMILY CARTMELL, *et al.*,<br><br>               Defendants. | Civil Action No.: 17-6183<br><br>**ORDER** |

**CECCHI, District Judge.**

      This matter comes before the Court on the Order of Magistrate Judge Steven C. Mannion directing plaintiff Chaula Bhatt ("Plaintiff") to explain her absence from the December 3, 2019 status conference call in this matter. ECF No. 40.  Plaintiff did not respond to the Court's Order.  On August 11, 2020, Judge Mannion issued a Report and Recommendation ("R&R") that the Court dismiss the complaint (ECF No. 1) without prejudice due to Plaintiff's failure to prosecute this case and comply with court orders, noting that Plaintiff has failed to attend three consecutive status conferences and has been inactive on the case docket since May 20, 2019. ECF No. 48 at 2.  No objections have been filed to the R&R.  The Court has considered Judge Mannion's R&R, and for substantially the same reasons stated therein:

      **IT IS** on this 26th day of August 2020:

      **ORDERED** that this Court adopts Judge Mannion's August 11, 2020 R&R that the complaint (ECF No. 1) be dismissed without prejudice; and it is further

      **ORDERED** that all pending motions in this matter (ECF Nos. 20, 42) shall be administratively terminated in light of dismissal of the complaint; and it is finally

      **ORDERED** that the Clerk of Court shall **CLOSE** the file in this matter.

      **SO ORDERED.**

                                                                               **CLAIRE C. CECCHI, U.S.D.J.**